UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS O. MARTINEZ and
KATHELINE MARTINEZ,

      Plaintiffs,

v.                                      Case No. 8:04-cv-1645-T-TBM

DANN OCEAN TOWING, INC.,

      Defendant.
_____/

**O R D E R**

THIS MATTER is before the court on Defendant's **Motion for Partial Summary Judgment (as to Loss of Consortium)** (Doc. 23). By its motion, Defendant seeks an Order granting partial summary judgment on the Third Cause of Action set forth in the Amended Complaint (Doc. 3), which is a claim by Plaintiff Kathleen Martinez for loss of consortium.[1] As grounds, Defendant asserts that, as a matter of law, Mrs. Martinez may not recover for loss of society and consortium. In support thereof, Defendant relies on In re Amtrack "Sunset Ltd." Train Crash in Bayou Canot, Ala., on Sept. 22, 1993, 121 F.3d 1421, 1429 (11th Cir. 1997) (quoting Lollie v. Brown Marine Serv., Inc., 995 F.2d 1565 (11th Cir. 1993)). (Doc. 23 at 3). Plaintiffs have not filed a response.

---

[1] This is a personal injury action brought under the Jones Act and general maritime law.

Upon review of the Eleventh Circuit authority cited above, the court agrees with Defendant. Accordingly, because neither the Jones Act nor general maritime law authorizes recovery for loss of society or consortium in personal injury cases, see In re Amtrack, 121 F.3d 1429, Defendant's motion for partial summary judgment (Doc.23) is **GRANTED**. The Clerk shall enter judgment in favor of Defendant as to Plaintiff's Third Cause of Action.

**Done and Ordered** in Tampa, Florida, this 23rd day of September 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record