**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LUIS O. MARTINEZ,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:04-cv-1645-T-TBM**

**DANN OCEAN TOWING, INC.,**

    **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on the parties' **Stipulation for and Order of Dismissal with Prejudice** (Doc. 80).  The parties have settled this matter and agree to a dismissal of this action pursuant to their stipulation.  See id.

Upon consideration, the stipulation (Doc. 80) is **APPROVED**.  This cause is hereby **DISMISSED WITH PREJUDICE**, with the parties bearing their own costs and fees.

**Done and Ordered** in Tampa, Florida, this 16th day of May 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record